FILED
CLERK, U.S. DISTRICT COURT
7/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_cd\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL DIAZ,<br><br>　　　　Defendant. | No. CR 2:21-00588(A)-JFW<br><br>F I R S T<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[50 U.S.C. §§ 4819(a), (b): Attempting to Violate the Export Administration Regulations; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Possession with Intent to Distribute Methamphetamine] |

The Acting United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this First Superseding Information:

1.　The Export Control Reform Act of 2018 ("ECRA") provides, among its stated policy objectives, that "the national security and foreign policy of the United States require that the export, reexport, and in-country transfer of items, and specific activities of United States persons, wherever located, be controlled . . . ." 50 U.S.C. § 4811.　To that end, ECRA grants the President the authority "(1) to control the export, reexport, and in-country transfer of items subject to the jurisdiction of the United States,

whether by United States persons or by foreign persons; and (2) the activities of United States persons, wherever located, relating to" specific categories of items and information.  50 U.S.C. § 4812.  ECRA further grants the Secretary of Commerce the authority to establish the applicable regulatory framework.

2.  Pursuant to that authority, the Department of Commerce ("DOC") reviews and controls the export of certain items, including goods, software, and technologies, from the United States to foreign countries through the Export Administration Regulations ("EAR"), 15 C.F.R. §§ 730-774.  In particular, the EAR restrict the export of items that could make a significant contribution to the military potential of other nations or that could be detrimental to the foreign policy or national security of the United States.  The EAR impose licensing and other requirements for items subject to the EAR to be lawfully exported from the United States or lawfully re-exported from one foreign destination to another.

3.  The most sensitive items subject to EAR controls are identified on the Commerce Control List, or "CCL," published at 15 C.F.R. part 774, Supp. No. 1.  Items on the CCL are categorized by Export Control Classification Number ("ECCN"), each of which has export control requirements depending on destination, end use, and end user.

4.  These Introductory Allegations are incorporated into Count One of this First Superseding Information.

COUNT ONE

[50 U.S.C. §§ 4819(a), (b);

15 C.F.R. §§ 736.2 and 764.2, and parts 738 and 742]

Between on or about July 29, 2020 and July 31, 2020, in San Bernardino County, within the Central District of California, and elsewhere, defendant MICHAEL DIAZ willfully attempted to:

1. Export from the United States to Mexico items controlled on the CCL, without first having obtained a license or authorization from the Department of Commerce to do so, as required by the EAR, in violation of Title 50, United States Code, Section 4819(a)(2); and

2. Engage in transactions and take other actions with the intent to evade the provisions of the EAR, in violation of Title 50, United States Code, Section 4819(a)(2).

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 19, 2022, in Riverside County, within the Central District of California, defendant MICHAEL DIAZ knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 197 grams, of methamphetamine, a Schedule II controlled substance.

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics, Money Laundering, and Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International Narcotics, Money Laundering, and Racketeering Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, International Narcotics, Money Laundering, and Racketeering Section